UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Christopher Sanders</u>

    v.                                      Case No. 17-cv-228-JL

<u>United States of America</u>

## REPORT AND RECOMMENDATION

Plaintiff Christopher Sanders initially filed this action in the District of New Jersey. <u>See</u> <u>Sanders v. United States</u>, Civ. No. 17-2596 (RMB) (D.N.J.). With his complaint (Doc. No. 1), Sanders filed an application to proceed in forma pauperis and supporting paperwork (Doc. Nos. 1-2, 2). The District of New Jersey transferred the case to this Court without ruling on Sanders's application for in forma pauperis status. <u>See</u> June 7, 2017 Order (Doc. No. 4).

After the case was transferred, this court issued a "Procedural Order in Transferred Cases," notifying Sanders that any motions he had filed in the District of New Jersey would not be considered unless they are refiled in this court. <u>See</u> June 9, 2017 Order (Doc. No. 6). On June 13, 2017 this court issued another Order (Doc. No. 7) directing Sanders to pay the filing fee or submit an application for in forma pauperis status to

this court by August 14, 2017. Having received nothing from Sanders by that date, the court, on August 17, 2017, extended the deadline for Sanders to comply with the June 13, 2017 Order to September 18, 2017.

The plaintiff has failed to pay the necessary filing fee or file an application to proceed in forma pauperis in this case, as directed by the court. Accordingly, the district judge should dismiss this case without prejudice.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016); Fed. R. Civ. P. 72(b)(2).

_____
Andrea K. Johnstone
United States Magistrate Judge

October 27, 2017
cc: Christopher Sanders, pro se

2