UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Sanders

    v.                                         Case No. 17-cv-228-JL

United States of America

O R D E R

The objection deadline to the Report and Recommendation (doc. no. 10) was November 13, 2017. The Report and Recommendation was returned to the court as undeliverable on November 13, 2017 (doc. no. 11). The clerk's office re-mailed it to the plaintiff at his current FCI location and the court *sua sponte* added an additional seventeen days and one week. No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 27, 2017. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: December 21, 2017

cc: Christopher Sanders, pro se